| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E. | 2. Court or Organization<br><br>US DISTRICT COURT | | 3. Date of Report<br><br>04/28/2014 |
|---|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final | | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☐   Amended Report | | |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 206<br>P O BOX 2822<br>ROANOKE, VA 24001 | | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Virginia Retirement System - retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia State Bar - Criminal Law Section Seminar | January 31-February 1, 2013 | Charlottesville, VA | panel member/speaker at seminar | lodging expenses |
| 2. | College of William and Mary School of Law | February 16-17, 2013 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 3. | Virginia State Bar - Federal Practice Seminar | December 11, 2013 | Roanoke, VA | panel member/speaker at seminar | meal |
| 4. | Virginia State Bar - Federal Practice Sminar | December 12, 2013 | Staunton, VA | panel member/speaker at seminar | meals and lodging expenses |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | Sold (part) | 03/21/13 | J | A | |
| 6. Abbvie CS | A | Dividend | K | T | Spinoff (from line 5) | 01/01/13 | K | | |
| 7. Accenture PLC CS | A | Dividend | | | Sold | 07/26/13 | J | A | |
| 8. Actavis PLC CS | A | Dividend | K | T | Buy | 10/31/13 | J | | |
| 9. ADT Corp. CS | A | Dividend | | | Sold | 04/11/13 | J | A | |
| 10. Allstate Corp. CS | A | Dividend | J | T | | | | | |
| 11. American Electric Power CS | B | Dividend | K | T | | | | | |
| 12. Apple, Inc. CS | A | Dividend | J | T | Buy | 06/04/13 | K | | |
| 13. AT&T Corp. CS | B | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 14. Autonation, Inc. CS | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 15. Avery Dennison Corp. CS | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 16. Ball Corp. | A | Dividend | | | Sold | 06/12/13 | J | | |
| 17. Bristol Myers Squibb Co. CS | A | Dividend | J | T | Buy (add'l) | 06/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Century Link CS | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 19. Coca-Cola Company CS | A | Dividend | | | Sold | 01/10/13 | J | A | |
| 20. Comcast Corp. CS | A | Dividend | J | T | Sold (part) | 06/19/13 | J | B | |
| 21. | | | | | Sold (part) | 06/19/13 | K | C | |
| 22. Conoco Phillips Corp. CS | B | Dividend | L | T | Sold (part) | 02/13/13 | J | B | |
| 23. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 24. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 25. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 26. CVS Caremark Corp., CS | A | Dividend | J | T | | | | | |
| 27. Dana Holding Corp. CS | A | Dividend | | | Buy | 07/26/13 | J | | |
| 28. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 29. | | | | | Sold (part) | 12/23/13 | J | A | |
| 30. | | | | | Sold | 12/27/13 | K | A | |
| 31. Disney Walt Co., CS | A | Dividend | K | T | | | | | |
| 32. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 33. Duke Energy Corp. CS | A | Dividend | J | T | | | | | |
| 34. Equifax, Inc. CS | A | Dividend | | | Sold | 10/23/13 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Express Scripts CS | A | Dividend | J | T | | | | | |
| 36. Facebook, Inc. CS | A | Dividend | K | T | Buy | 10/31/13 | K | | |
| 37. Fairpoint CS | A | Dividend | J | T | | | | | |
| 38. First Opportunity Fund (mutual fund) | B | Dividend | K | T | | | | | |
| 39. Wilmington Funds Municipal Bond Fund Class A | B | Dividend | M | T | | | | | |
| 40. Wilmington Funds Municipal Bond Fund Class A (See Part VIII) | B | Dividend | L | T | | | | | |
| 41. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 42. Frontier Communications CS | A | Dividend | J | T | | | | | |
| 43. Glaxo Smithkline CS | B | Dividend | K | T | Buy (add'l) | 06/04/13 | J | | |
| 44. Google, Inc. | A | Dividend | J | T | | | | | |
| 45. Halozyme Therapeutic CS | A | Dividend | M | T | | | | | |
| 46. Honeywell Intl., Inc. CS | A | Dividend | J | T | | | | | |
| 47. Hospira CS | A | Dividend | J | T | | | | | |
| 48. IShares TR Russell 2000 EFT | A | Dividend | K | T | Buy | 12/30/13 | K | | |
| 49. Intel Corp. CS | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 50. International Business Machines, Corp. CS | A | Dividend | | | Buy | 03/21/13 | J | | |
| 51. | | | | | Sold | 12/04/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intrexon Corp. CS | A | Dividend | L | T | Buy | 08/30/13 | K | | |
| 53. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 54. | | | | | Buy (add'l) | 09/20/13 | L | | |
| 55. Manpower Group, Inc. CS | A | Dividend | K | T | Buy | 07/24/13 | J | | |
| 56. | | | | | Buy (add'l) | 10/31/13 | K | | |
| 57. Mattel, Inc. CS | A | Dividend | | | Sold | 08/28/13 | J | B | |
| 58. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 59. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 60. Michael Kors Holdings, Ltd. CS | A | Dividend | K | T | Buy | 02/13/13 | J | | |
| 61. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 62. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 63. Oceaneering International, Inc. CS | A | Dividend | K | T | Buy | 10/31/13 | K | | |
| 64. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 65. Phillips 66 CS | A | Dividend | J | T | Sold (part) | 09/19/13 | J | A | |
| 66. Prudential Financial Inc. CS | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 67. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 68. Qualcomm Inc. CS | A | Dividend | J | T | Buy | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rackspace, Inc. CS | A | Dividend | | | Sold | 03/13/13 | J | | |
| 70. Realty Income Corp. CS | A | Dividend | J | T | Buy | 06/04/13 | J | | |
| 71. RGC Resources, Inc. CS | A | Dividend | K | T | | | | | |
| 72. Rockwell Automation CS | A | Dividend | J | T | Buy | 08/08/13 | K | | |
| 73. Sapient Corp. CS | A | Dividend | K | T | Buy | 12/23/13 | J | | |
| 74. | | | | | Buy (add'l) | 12/27/13 | J | | |
| 75. Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 76. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 77. Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 78. Scripps Networks Interactive Inc. CS | A | Dividend | J | T | Buy | 09/13/13 | J | | |
| 79. Snap On, Inc. CS | A | Dividend | J | T | | | | | |
| 80. Skyworks Solutions, Inc. CS | A | Dividend | K | T | Buy | 10/23/13 | K | | |
| 81. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 82. Southern Company CS | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 83. Southwest Airlines Co. CS | A | Dividend | J | T | Buy | 10/18/13 | J | | |
| 84. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 85. SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 08/16/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 87. Textron Inc. CS | A | Dividend | J | T | Buy | 12/04/13 | J | | |
| 88. Tractor Supply Co. | A | Dividend | K | T | Buy | 04/11/13 | J | | |
| 89. | | | | | Buy (add'l) | 08/16/13 | K | | |
| 90. The Travelers Companies CS | A | Dividend | K | T | | | | | |
| 91. Trinity Industries, Inc. CS | A | Dividend | K | T | Buy | 12/02/13 | K | | |
| 92. Tyco International, Ltd. CS | A | Dividend | J | T | | | | | |
| 93. Union Pacific Corp. CS | A | Dividend | | | Sold | 08/28/13 | J | A | |
| 94. Vanguard Financials ETF | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 95. Verizon Communications CS | A | Dividend | K | T | | | | | |
| 96. Vulcan Materials Co. CS | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 97. Wells Fargo Bank (checking account)(See Part VIII) | A | Interest | L | T | | | | | |
| 98. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 99. Weyerhaeuser Company CS | A | Dividend | | | Buy | 01/10/13 | J | | |
| 100. | | | | | Sold | 08/16/13 | J | | |
| 101. Ziopharm Oncology, Inc. CS | A | Dividend | L | T | Buy (add'l) | 04/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 04/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 40 -      joint ownership w/
Part VII, Line 97 -      joint ownership w

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544